FILED

05/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0041

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JAMES MICHAEL PARKER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 18, 2023, within which to prepare, file, and serve the State's response brief.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 19 2023